# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2075

_____

TAVORIS SIMMONS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition Alleging Ineffective Assistance of Appellate Counsel—
Original Jurisdiction.

September 24, 2018

PER CURIAM.

DISMISSED. *See* Fla. R. App. P. 9.141(d)(5), 9.141(d)(6)(C).

MAKAR, OSTERHAUS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Tavoris Simmons, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.